# United States District Court for the District of Columbia

**PIPER BRESSANT HOLLOWAY,**

    **Plaintiff**

  v.

**NATIONAL RAILROAD PASSENGER CORPORATION**,

    **Defendant**

**Civil Action No. 19-00119 (EGS)**

## NOTICE OF VOLUNTARY DISMISSAL

The Clerk of the Court will please dismiss this action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) The matter has been resolved and no further action by this Court is required.

/s/   *Diana M. Savit*
Diana M. Savit #244970
**SAVIT & SZYMKOWICZ, LLP**
4520 East-West Highway
Suite 700
Bethesda, Maryland 20814
(301) 951-9191
(240) 536-9156 (fax)
dms@savitlaw.com
Attorneys for plaintiff